# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC
JUL 31 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| United States of America<br>v.<br><br>Ever Noe Maldonado Gomez<br>*Defendant(s)* | )<br>)<br>)  Case No. 3:25-mj-200<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of  October 29, 2023  in the county of  Union  in the  Western  District of  North Carolina , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Unlawful reentry of a removed alien |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Kyle Wear, ICE/ERO Deportation Officer
*Printed name and title*

Date: 07/31/2025

_____
*Judge's signature*

City and state:  Charlotte, North Carolina

Susan C. Rodriguez, United States Magistrate Judge
*Printed name and title*